IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) 4:20CR82 |
| | ) |
| DARRYL KINLOCH, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Counsel in the above-captioned case have advised the Court that some of the pretrial motions have been complied with as to defendant, Darryl Kinloch. A hearing regarding the remaining motions will be set by separate Notice.

IT IS ORDERED THAT the following motions are DISMISSED:

(Doc. 17) Motion for Discovery,

(Doc. 18) Motion for Release of Brady Materials,

(Doc. 19) Motion for Agents to Retain Notes, and

(Doc. 20) Motion for Notice of Expert Testimony.

SO ORDERED, this 31st day of December 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA