IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. CR-420-082 |
| | ) |
| DARRYL KINLOCH, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Magistrate Judge's July 27, 2021, Report and Recommendation (Doc. 81), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendant Darryl Kinloch's Motion to Suppress (Doc. 27) and Supplemental Motion to Suppress (Doc. 79) are **DENIED**.

SO ORDERED this 18th day of August, 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA